## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                               CASE: 18-61049MP

vs.

Estela Vasquez-Guzman

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Estela Vasquez-Guzman, was represented by counsel, Brenda Michelle Acosta Sandoval (FPD).

The defendant pled guilty to the Complaint on 05/17/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/15/2018 |

As pronounced on 05/17/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, May 17, 2018.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 67VPHM9TJ

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - YUMA | |

Date: 05/17/2018          Case Number: 18-61049MP

USA vs. **Estela Vasquez-Guzman**

U.S. MAGISTRATE JUDGE: JAMES F. METCALF     Judge AO Code: 70BV
ASSIGNED U.S. Attorney: John Ballos
INTERPRETER REQ'D: Miguel Aguayo, Spanish
Attorney for Defendant: Brenda Michelle Acosta Sandoval (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/16/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:    Brenda Michelle Acosta Sandoval (FPD) is appointed as attorney of record for defendant.

|  | Recorded by Courtsmart | COP: 3 |
|---|---|---|
|  | BY: Jocelyn Arviso | Sent: 0 |
|  | Deputy Clerk | IA: 0 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 18-61049MP |
| vs. | Citizenship: GUATEMALA |
| Estela Vasquez-Guzman | DOA: 05/16/2018 |
| YOB: 1980 | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about May 15, 2018, near San Luis, Arizona in the District of Arizona, Defendant Estela VASQUEZ-Guzman, an alien, did knowingly and willfully attempt to enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

    The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last attempted to enter the United States illegally without inspection near San Luis, Arizona on May 15, 2018.

File Date: 05/17/2018　　　　　　　　　　　　　　at Yuma, Arizona

　　　　　　　　　　　　　　　　　　　　　　　　Rafael Flores, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/17/2018

　　　　　　　　　　　　　　　　　　　　　　　**James F. Metcalf**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

FBI Number: 67VPHM9TJ

Magistrate Information Sheet

Complaint: Estela Vasquez-Guzman

Criminal History: NONE

Immigration History: NONE